1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACIELA A. CORTEZ, | ) Case No. SACV 08-1020 PSG(JC) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| DEBORAH PATRICK, | ) |
| Respondent. | ) |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED:  __12/12/11_____

**PHILIP  S. GUTIERREZ**
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE